

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | § | |
|---|---|---|
| REFUGIO BUSTAMENTE, | § | No. 08-17-00262-CR |
| Appellant, | § | Appeal from the |
| v. | § | 384th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20160D04477) |
| | § | |

## **O R D E R**

Appellant's motion to file a second amended brief to correct errors is granted. The second amended brief is due to be filed no later than January 25, 2019. The Court will not consider any additional requests by Appellant to amend the brief. The State's brief is due to be filed 30 days after Appellant's second amended brief is filed.

IT IS SO ORDERED this 18th day of January, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.